IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ST. PAUL MERCURY INSURANCE CO., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-10-5146 |
| | § | |
| LEWIS-QUINN CONSTRUCTION, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

A telephone conference to address the request for discovery before the preliminary inunction hearing will be held in this case on **January 24, 2011, at 10:30 a.m.** Counsel should call the court's designated conference line at 713-250-5550 to participate.

The preliminary injunction hearing set for January 18, 2011 has been reset. The hearing will be held on **January 28, 2011 at 10:30 a.m**, in Courtroom 11-B.

Each party receiving this notice must provide notice to all other parties, even if it appears that notice has also been provided by the Clerk of Court.

SIGNED on January 19, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge

P:\CASES\2010\10-5146\reset order.wpd