## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| ST. PAUL MERCURY INSURANCE CO., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-10-5146 |
| | § | |
| LEWIS-QUINN CONSTRUCTION, *et al.*, | § | |
| | § | |
| Defendants. | § | |

### ORDER

St. Paul Mercury Insurance Company has filed an Agreed Motion for Continuance based on a trial setting in another case that conflicts with the January 27, 2012 date. The January 27, 2012 date is not a date for trial. It is for docket call. If counsel will provide information on the conflicting setting, this court will adjust the date. The information must be provided by **December 2, 2011**.

SIGNED on November 22, 2011, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge