IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ST. PAUL MERCURY INSURANCE CO., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-10-5146 |
| | § | |
| LEWIS-QUINN CONSTRUCTION, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

In light of the pending motion for summary judgment, all outstanding deadlines are cancelled. The docket call scheduled for January 24, 2012, is converted to a motion hearing.

SIGNED on January 11, 2012, at Houston, Texas.

Lee H. Rosenthal
United States District Judge