IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ST. PAUL MERCURY INSURANCE CO., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-10-5146 |
| | § | |
| LEWIS-QUINN CONSTRUCTION, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The defendants, James E. Galloway, Catherine B. Galloway, Galloway Trust Management, and Alliance Development, Inc. (the "Galloway Defendants"), moved this court for an order granting leave to amend pleadings. The motion is unopposed and granted.

The Galloway Defendants may amend their pleadings by **December 7, 2012**, to assert cross-claims including claims for contribution, subrogation, unjust enrichment, and/or indemnity as against all nonsettling defendants, and to plead for declarations supporting such claims. All claims among and between the plaintiff, St. Paul Mercury Insurance Company, and the Galloway Defendants are dismissed with prejudice against refiling same. A status conference is set for **December 10, 2012**, at 8:30 a.m. in Courtroom 11-B.

SIGNED on November 6, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge