# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE CO., § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. H-10-5146 |
| § | |
| LEWIS-QUINN CONSTRUCTION, *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER

This court's Memorandum and Order of today's date denied the Turner Defendants's motion to dismiss. A status conference is set for **September 16, 2013** at 10:00 a.m. in Courtroom 11-B. The parties must be prepared to discuss the outstanding motions for summary judgment and scheduling to resolve the remaining issues in this case.

SIGNED on September 3, 2013, at Houston, Texas.

Lee H. Rosenthal
United States District Judge